B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Boardwalk Builders & Developers, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4283320** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10762 West Orland Park**<br>**Orland Park, IL**<br>ZIP Code **60467** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Valparaiso and Winfield, Indiana** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                               Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Boardwalk Builders & Developers, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br><br>      _____<br>      (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Boardwalk Builders & Developers, LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Gregory K. Stern** _____
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**May 20, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael R. Glenn, Jr.** _____
Signature of Authorized Individual

**Michael R. Glenn, Jr.**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**May 20, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Boardwalk Builders & Developers, LLC        Case No. _____

                                      Debtor(s)         Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Juan and Laura Acosta<br>4126 Deal Street<br>PO Box 243<br>East Chicago, IN 46312 | Juan and Laura ~Acosta<br>4126 Deal Street<br>PO Box 243<br>East Chicago, IN 46312 | Consumer Deposit | Disputed | 14,360.00 |
| B & L Drywall & Painting, Inc.<br>10770 Joliet Street<br>Saint John, IN 46373 | B & L Drywall & Painting, Inc.<br>10770 Joliet Street<br>Saint John, IN 46373 | Trade Credit | Disputed | 15,189.75 |
| Belair Construction<br>218 Lynnes Way<br>Lowell, IN 46356 | Belair Construction<br>218 Lynnes Way<br>Lowell, IN 46356 | 7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot | Disputed | 9,875.25<br>(50,000.00 secured)<br>(64,144.71 senior lien) |
| Bell Auto Leasing, Inc.<br>2296 North Rand Road<br>Palatine, IL 60074 | Bell Auto Leasing, Inc.<br>2296 North Rand Road<br>Palatine, IL 60074 | Motor Vehicle Lease Deficiency | Disputed | 20,117.87 |
| Fireplace Works & More, Inc.<br>395 South Locust (Rt. 50)<br>Manteno, IL 60950 | Fireplace Works & More, Inc.<br>395 South Locust (Rt. 50)<br>Manteno, IL 60950 | Trade Credit | Disputed | 7,361.62 |
| Great Lakes Concrete, Inc.<br>10770 Joliet Street<br>Saint John, IN 46373 | Great Lakes Concrete, Inc.<br>10770 Joliet Street<br>Saint John, IN 46373 | Trade Credit | Disputed | 19,100.10 |
| Home Lumber Company<br>11200 Delaware Parkway<br>Crown Point, IN 46307 | Home Lumber Company<br>11200 Delaware Parkway<br>Crown Point, IN 46307 | Trade Credit | Disputed | 33,401.52 |
| Home Lumber Company<br>11200 Delaware Parkway<br>Crown Point, IN 46307 | Home Lumber Company<br>11200 Delaware Parkway<br>Crown Point, IN 46307 | 7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot | Disputed | 6,360.00<br>(50,000.00 secured)<br>(53,480.21 senior lien) |
| Kel Mel Millwork Company, Inc.<br>10500 West 163rd Place<br>Orland Park, IL 60467-5444 | Kel Mel Millwork Company, Inc.<br>10500 West 163rd Place<br>Orland Park, IL 60467-5444 | Trade Credit | Disputed | 21,721.28 |
| Torrence Kennedy<br>2405 Incline Court<br>Goochland, VA 23063 | Torrence Kennedy<br>2405 Incline Court<br>Goochland, VA 23063 | Contract Claim (Earnest Money) | Contingent Unliquidated Disputed | 15,300.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Boardwalk Builders & Developers, LLC                           Case No.   _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Kevin Misch Excavating, Inc.<br>10797 Randolph Street<br>Crown Point, IN 46307 | Kevin Misch Excavating, Inc.<br>10797 Randolph Street<br>Crown Point, IN 46307 | Trade Credit | Disputed | 10,064.38 |
| Krooswyk Trucking & Excavating, Inc.<br>9731 Indianopolis Boulevard<br>Highland, IN 46322 | Krooswyk Trucking & Excavating, Inc.<br>9731 Indianopolis Boulevard<br>Highland, IN 46322 | Trade Credit | Disputed | 10,128.85 |
| Landscape Services fka County Care Landscaping<br>1515 Schoolhouse Road<br>New Lenox, IL 60451 | Landscape Services fka County Care Landscaping<br>1515 Schoolhouse Road<br>New Lenox, IL 60451 | Trade Credit | Disputed | 6,625.00 |
| M.C. Zosso Electric, Inc.<br>P.O. Box 2423<br>Valparaiso, IN 46384 | M.C. Zosso Electric, Inc.<br>P.O. Box 2423<br>Valparaiso, IN 46384 | Trade Credit | Disputed | 36,107.00 |
| Mixon Excavating, LLC<br>P.O. Box 1283<br>Crown Point, IN 46308 | Mixon Excavating, LLC<br>P.O. Box 1283<br>Crown Point, IN 46308 | Trade Credit | Disputed | 6,472.50 |
| Post Tribune<br>2433 East 83d Avenue<br>Merrillville, IN 46410 | Post Tribune<br>2433 East 83d Avenue<br>Merrillville, IN 46410 | Trade Credit | Disputed | 9,071.26 |
| Sprint<br>PO Box 8077<br>London, KY 40742 | Sprint<br>PO Box 8077<br>London, KY 40742 | Services | Disputed | 7,676.46 |
| Tileworks & More, Inc.<br>393 Southcreek Drive<br>Manteno, IL 60950 | Tileworks & More, Inc.<br>393 Southcreek Drive<br>Manteno, IL 60950 | Trade Credit | Disputed | 16,348.00 |
| Dedric C. Wilson<br>7340 103rd Avenue<br>Winfield, IN | Dedric C. Wilson<br>7340 103rd Avenue<br>Winfield, IN | Contract Claim (Earnest Money - Lot 231) | Disputed | 15,388.00 |
| Zimco Materials, Inc.<br>5638 South U.S. Highway 421<br>Westville, IN 46391 | Zimco Materials, Inc.<br>5638 South U.S. Highway 421<br>Westville, IN 46391 | Trade Credit | Disputed | 7,036.37 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   May 20, 2008                           Signature   /s/ Michael R. Glenn, Jr.
                                                          Michael R. Glenn, Jr.
                                                          Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Boardwalk Builders & Developers, LLC**                     ,
Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 529,900.00 | | |
| B - Personal Property | Yes | 3 | 1,440.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 497,174.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 326,047.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | | Total Assets | 531,340.00 | | |
| | | | Total Liabilities | 823,222.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Boardwalk Builders & Developers, LLC**              ,     Case No. _____

Debtor

Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Boardwalk Builders & Developers, LLC**                                   ,   Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **516 Scenic View Avenue, Valparaiso, Indiana (Lot 86) - Single Family Residence** | **Fee simple** | - | **220,000.00** | **179,194.51** |
| **524 Scenic View Avenue, Valparaiso, Indiana (Lot 89) - Single Family Residence** | **Fee simple** | - | **220,000.00** | **Unknown** |
| **516 Scenic View Avenue, Valparaiso, Indiana (Lot 93) - unimproved lot** | **Fee simple** | - | **39,900.00** | **Unknown** |
| **7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot** | **Fee simple** | - | **50,000.00** | **Unknown** |

|  |  |  |
|---|---|---|
| Sub-Total > | **529,900.00** | (Total of this page) |
| Total > | **529,900.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Boardwalk Builders & Developers, LLC**              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Centier Bank - checking account | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposits - Nipsco $640, Kankakee REMC Valley $700 | - | 1,340.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **1,440.00**
(Total of this page)

   **2**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Boardwalk Builders & Developers, LLC**                                        ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Boardwalk Builders & Developers, LLC**                                   ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        0.00
(Total of this page)
Total >     1,440.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Boardwalk Builders & Developers, LLC**                                           Case No. _____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**American Plumbing, Inc.** <br>**5383 US Hwy 6** <br>**Portage, IN 46368** | - | | 8/13/07 <br><br>**Mechanic's Lien** <br><br>**7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot** | | | X | | |
| | | | Value $          50,000.00 | | | | 3,630.50 | 3,630.50 |
| Account No. <br><br>**Belair Construction** <br>**218 Lynnes Way** <br>**Lowell, IN 46356** | - | | 7/5/07 <br><br>**Mechanic's Lien** <br><br>**7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot** | | | X | | |
| | | | Value $          50,000.00 | | | | 9,875.25 | 9,875.25 |
| Account No. **x7590** <br><br>**Centier Bank** <br>**P.O. Box 1109** <br>**Crown Point, IN 46308-9983** | X - | | 12/21/06 <br><br>**Mortgage** <br><br>**7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot** | | | X | | |
| | | | Value $          50,000.00 | | | | 53,480.21 | 3,480.21 |
| Account No. **x6565** <br><br>**Centier Bank** <br>**P.O. Box 1109** <br>**Crown Point, IN 46308-9983** | X - | | 8/11/06 <br><br>**Mortgage** <br><br>**516 Scenic View Avenue, Valparaiso, Indiana (Lot 86) - Single Family Residence** | | | X | | |
| | | | Value $         220,000.00 | | | | 176,046.51 | 0.00 |

___3___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 243,032.47 | 16,985.96 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Boardwalk Builders & Developers, LLC** ,  Case No. _____

_____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **x7560** | | | | | 12/15/06 | | | | | |
| **Centier Bank** P.O. Box 1109 Crown Point, IN 46308-9983 | X | - | | | Mortgage 516 Scenic View Avenue, Valparaiso, Indiana (Lot 93) - unimproved lot | | | X | | |
| | | | | | Value $  39,900.00 | | | | 41,531.87 | 1,631.87 |
| Account No. **xxx7990** | | | | | 8/11/06 | | | | | |
| **Citizens Financial Bank** PO Box 9129 Highland, IN 46322 | X | - | | | Mortgage 524 Scenic View Avenue, Valparaiso, Indiana (Lot 89) - Single Family Residence | | | X | | |
| | | | | | Value $  220,000.00 | | | | 201,748.24 | 0.00 |
| Account No. | | | | | Statutory Lien | | | | | |
| **Doubletree West Homeowners' Association** 10110 Randolph Street Crown Point, IN 46307 | | - | | | 7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot | | | X | | |
| | | | | | Value $  50,000.00 | | | | 674.00 | 674.00 |
| Account No. | | | | | | | | | | |
| **Representing:** **Doubletree West Homeowners' Association** | | | | | Petry, Fitzgerald & Less, PC 107 North Main Street PO Box 98 Hebron, IN 46341-0098 | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | 5/23/06 | | | | | |
| **Home Lumber Company** 11200 Delaware Parkway Crown Point, IN 46307 | | - | | | Mechanic's Lien 7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot | | | X | | |
| | | | | | Value $  50,000.00 | | | | 6,360.00 | 6,360.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  | 250,314.11 | 8,665.87

B6D (Official Form 6D) (12/07) - Cont.

In re   **Boardwalk Builders & Developers, LLC**
_____ ,   Case No. _____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx115-1S**<br><br>**Installed Building Products**<br>**797 Madison Street**<br>**Crown Point, IN 46307** | - | | Mechanic's Lien<br><br>**516 Scenic View Avenue, Valparaiso, Indiana (Lot 86) - Single Family Residence**<br><br>Value $          **220,000.00** | | | X | 818.00 | 0.00 |
| Account No.<br><br>**Installed Building Products**<br>**797 Madison Street**<br>**Crown Point, IN 46307** | - | | Mechanic's Lien<br><br>**524 Scenic View Avenue, Valparaiso, Indiana (Lot 89) - Single Family Residence**<br><br>Value $          **220,000.00** | | | X | 680.00 | 0.00 |
| Account No. **PL xx xx-1032**<br><br>**Lake County Treasurer**<br>**2293 North Main Street**<br>**Crown Point, IN 46307** | - | | **2008 & prior years**<br><br>**Real Estate Taxes**<br><br>**516 Scenic View Avenue, Valparaiso, Indiana (Lot 86) - Single Family Residence**<br>Value $          **220,000.00** | | | | Unknown | Unknown |
| Account No. **PL xx xx-1032**<br><br>**Lake County Treasurer**<br>**2293 North Main Street**<br>**Crown Point, IN 46307** | - | | **2008 & prior years**<br><br>**Real Estate Taxes**<br><br>**524 Scenic View Avenue, Valparaiso, Indiana (Lot 89) - Single Family Residence**<br>Value $          **220,000.00** | | | | Unknown | Unknown |
| Account No. **PI xx xx-1143**<br><br>**Lake County Treasurer**<br>**2293 North Main Street**<br>**Crown Point, IN 46307** | - | | **2008 & prior years**<br><br>**Real Estate Taxes**<br><br>**516 Scenic View Avenue, Valparaiso, Indiana (Lot 93) - unimproved lot**<br>Value $          **39,900.00** | | | | Unknown | Unknown |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal | **1,498.00** | **0.00**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Boardwalk Builders & Developers, LLC**                                              ,     Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **DTxxx xxx xx 54 2 6** | | | **2008 & prior years** | | | | | |
| **Lake County Treasurer** **2293 North Main Street** **Crown Point, IN 46307** | - | | **Real Estate Taxes** **7340 East 103rd Avenue, Winfield, Indiana (Lot 231 in Double Tree Lake Estates) - partially improved lot** | | | | | |
| | | | Value $              **50,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **3511** | | | **6/15/07** | | | | | |
| **Tin Crafters Heating & Air Conditioning** **7509 Randolph Street** **Hobart, IN 46342** | - | | **Mechanic's Lien** **516 Scenic View Avenue, Valparaiso, Indiana (Lot 86) - Single Family Residence** | | | **X** | | |
| | | | Value $            **220,000.00** | | | | **2,330.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **3**  of  **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **2,330.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **497,174.58** | **25,651.83** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Boardwalk Builders & Developers, LLC**              Case No. _____
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        **2**     continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC** _____ ,   Case No. _____

                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **2007**<br><br>**Indiana Department of Workforce Dev Working Training Fund**<br>**P.O. Box 6285**<br>**Indianapolis, IN 46206-6285** | - | | | **Withholding Tax (Boardwalk of Hidden Lake, LLC)** | X | X | X | | **Unknown** |
| | | | | | | | | **0.00** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | **0.00** | |
|---|---|---|
| (Total of this page) | **0.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC**                          Case No. _____
                                                                ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Indiana Department of Revenue**<br>**PO Box 0595**<br>**Indianapolis, IN 46206-0595** | - | | **2007**<br><br>**Withholding Taxes (Boardwalk of Hidden Lake, LLC)** | X | X | X | <br><br><br>0.00 | **0.00** | <br><br><br>**0.00** |
| Account No.<br><br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | - | | **2008 & prior years**<br><br>**Taxes** | X | X | X | <br><br><br>0.00 | **0.00** | <br><br><br>**0.00** |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal<br>(Total of this page) | **0.00**<br>0.00 | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **0.00**<br>0.00 | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Boardwalk Builders & Developers, LLC** ,  Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Juan and Laura Acosta**<br>**4126 Deal Street**<br>**PO Box 243**<br>**East Chicago, IN 46312** | - | | **2007 & prior years**<br>**Contract Claim** | | | X | 14,360.00 |
| Account No. <br><br>**Representing:**<br>**Juan and Laura Acosta** | | | **Blachly, Tabor, Bozik & Hartman, LLC**<br>**56 South Washington**<br>**Suite 401**<br>**Valparaiso, IN 46383** | | | | |
| Account No. **219 663 8733 036 5** <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | - | | **2007 & prior years**<br>**Services** | | | X | 249.28 |
| Account No. <br><br>**Representing:**<br>**AT&T** | | | **Alliant Law Group, LLP**<br>**97 East Brokaw Road**<br>**Suite #240**<br>**San Jose, CA 95112** | | | | |

__14__ continuation sheets attached

Subtotal
(Total of this page)　　14,609.28

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　S/N:20289-080317　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC**                                          , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br>Representing:<br>**AT&T** | | | | **Allied Interstate, Inc.**<br>**PO Box 361598**<br>**Columbus, OH 43236-1598** | | | | |
| Account No.<br><br>**B & L Drywall & Painting, Inc.**<br>**10770 Joliet Street**<br>**Saint John, IN 46373** | - | | | **2007 & prior years**<br>**Trade Credit** | | | X | 15,189.75 |
| Account No.<br><br>**Bell Auto Leasing, Inc.**<br>**2296 North Rand Road**<br>**Palatine, IL 60074** | - | | | **2007**<br>**Motor Vehicle Lease Deficiency** | | | X | 20,117.87 |
| Account No.<br><br>Representing:<br>**Bell Auto Leasing, Inc.** | | | | **David J. Axelrod & Associates**<br>**1448 Old Skokie Road**<br>**Highland Park, IL 60035** | | | | |
| Account No.<br><br>**Chicago Department of Revenue**<br>**Remittance Center**<br>**P.O. Box 88292**<br>**Chicago, IL 60680-1292** | - | | | **2007 & prior years**<br>**Parket Ticket** | | | X | 100.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)                35,407.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boardwalk Builders & Developers, LLC**                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Representing: Chicago Department of Revenue** | | | | | **Linebarger Goggan Blair & Sampson,** P.O. Box 06152 Chicago, IL 60606-0152 | | | | |
| Account No. **Chicago Title Insurance Company** 2200 North Main Street Crown Point, IN 46307 | | - | | | **2007** Trade Credit | | | X | 150.00 |
| Account No. **Matthew Clemens** 3431 Ridge Road Highland, IN 46322 | | - | | | **2007** Contract Claim | X | X | X | 3,000.00 |
| Account No. **Representing: Matthew Clemens** | | | | | **BBB of Chicago & Northern Illinois** 330 North Wabash Avenue Suite 2006 Chicago, IL 60611-7621 | | | | |
| Account No. **D.L.J. Trucking** 3504 Danne Road Crete, IL 60417 | | - | | | **2007** Trade Credit | | | X | 4,243.23 |

Sheet no. __**2**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,393.23**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Boardwalk Builders & Developers, LLC**    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Excel Waterproofing & Damp Proofing Service, Inc.** 6662 West 99th Street Chicago Ridge, IL 60415-1209 | - | | | **2007** **Trade Credit** | | | X | 288.51 |
| Account No. **233303747** **Fedex** Memphis, TN 38132 | - | | | **2007** **Trade Credit** | | | X | 253.58 |
| Account No. Representing: **Fedex** | | | | **ABC/Amega, Inc.** 110 Main Street Buffalo, NY 14209-2356 | | | | |
| Account No. Representing: **Fedex** | | | | **Federal Express Corporation** 3965 Airways Module G Memphis, TN 38116 | | | | |
| Account No. **Fireplace Works & More, Inc.** 395 South Locust (Rt. 50) Manteno, IL 60950 | - | | | **2007** **Trade Credit** | | | X | 7,361.62 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,903.71**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Boardwalk Builders & Developers, LLC**
_____,          Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fred Collins Architects, Inc.**<br>**703 North Hobard Road**<br>**Hobart, IN 46342** | - | | **2006 & prior years**<br>**Services** | | | X | 4,577.73 |
| Account No.<br><br>Representing:<br>**Fred Collins Architects, Inc.** | | | **Morgan, Stone & Associates**<br>**1005 Veterans Memorial Boulevard**<br>**Suite 202**<br>**Kenner, LA 70062** | | | | |
| Account No. **xxxx807-4**<br><br>**Javier & Lillian Garcia**<br>**518 Scenic View Avenue**<br>**Valparaiso, IN 46383** | - | | **2007**<br>**Warranty Claim** | X | X | X | 0.00 |
| Account No. **BOA0944**<br><br>**Gary Hobart Roofing Co., Inc.**<br>**2520 West 37th Avenue**<br>**P.O. Box 346**<br>**Hobart, IN 46342** | - | | **2007 & prior years**<br>**Trade Credit** | | | X | 5,625.46 |
| Account No.<br><br>Representing:<br>**Gary Hobart Roofing Co., Inc.** | | | **Hunter Warfield**<br>**3111 West Dr. Martin Luther King Bl**<br>**#200**<br>**Tampa, FL 33607** | | | | |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,203.19**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boardwalk Builders & Developers, LLC**                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GNK Complete Construction**<br>**10479 Brookridge Creek Drive**<br>**Frankfort, IL 60423** | - | | **2007**<br>**Trade Credit** | | | X | 1,603.00 |
| Account No.<br><br>**Great Lakes Concrete, Inc.**<br>**10770 Joliet Street**<br>**Saint John, IN 46373** | - | | **2006 & Prior Years**<br>**Trade Credit** | | | X | 19,100.10 |
| Account No.<br><br>**Representing:**<br>**Great Lakes Concrete, Inc.** | | | **Richard Shapiro, Esq.**<br>**2149 US Route 41**<br>**Schererville, IN 46375** | | | | |
| Account No.<br><br>**Harleysville Lake States Insurance Co.**<br>**PO Box 37712**<br>**Philadelphia, PA 19101-5012** | - | | **2007**<br>**Premiums** | | | X | 1,379.93 |
| Account No. **5850**<br><br>**Helsel-Jepperson Electrical**<br>**Incorporated**<br>**P.O. Box 310**<br>**Chicago Heights, IL 60411-0310** | - | | **05/23/2007**<br>**Trade Credit** | | | X | 733.61 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,816.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Boardwalk Builders & Developers, LLC** _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **BOA1** <br><br>**Home Lumber Company** <br>**11200 Delaware Parkway** <br>**Crown Point, IN 46307** | | - | | **12/31/2007** <br>**Trade Credit** | | | X | 33,401.52 |
| Account No. **BOA1** <br><br>**Kel Mel Millwork Company, Inc.** <br>**10500 West 163rd Place** <br>**Orland Park, IL 60467-5444** | | - | | **12/31/2007** <br>**Trade Credit** | | | X | 21,721.28 |
| Account No. <br><br>**Torrence Kennedy** <br>**2405 Incline Court** <br>**Goochland, VA 23063** | | - | | **2007** <br>**Contract Claim (Earnest Money)** | X | X | X | 15,300.00 |
| Account No. <br><br>**Kevin Misch Excavating, Inc.** <br>**10797 Randolph Street** <br>**Crown Point, IN 46307** | | - | | **2007** <br>**Trade Credit** | | | X | 10,064.38 |
| Account No. <br><br>**Representing:** <br>**Kevin Misch Excavating, Inc.** | | | | **Kozlowski Law Offices** <br>**PO Box 906** <br>**Crown Point, IN 46307** | | | | |

| | | |
|---|---|---|
| Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | 80,487.18 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 & prior years Trade Credit | | | | |
| Krooswyk Trucking & Excavating, Inc. 9731 Indianopolis Boulevard Highland, IN 46322 | - | | | | | | X | |
| | | | | | | | | 10,128.85 |
| Account No. | | | | Gerald M. Bishop & Associates 2115 West Lincoln Highway Merrillville, IN 46410 | | | | |
| Representing: Krooswyk Trucking & Excavating, Inc. | | | | | | | | |
| Account No. | | | | 2007 & prior years Trade Credit | | | | |
| Krull & Son, Ltd. 206 Main Street P.O. Box 422 Hobart, IN 46342 | - | | | | | | X | |
| | | | | | | | | 4,885.00 |
| Account No. | | | | 2007 Trade Credit | | | | |
| Landscape Services fka County Care Landscaping 1515 Schoolhouse Road New Lenox, IL 60451 | - | | | | | | X | |
| | | | | | | | | 6,625.00 |
| Account No. | | | | 2007 Trade Credit | | | | |
| Lee Enterprises 201 North Harrison Street Davenport, IA 52801 | - | | | | | | X | |
| | | | | | | | | 3,017.16 |

Sheet no. __7___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,656.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC** ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Lee Enterprises** | | | **Michael Davis Weis, Esq.**<br>**PO Box 1166**<br>**Northbrook, IL 60065** | | | | |
| Account No.<br><br>**M.C. Zosso Electric, Inc.**<br>**P.O. Box 2423**<br>**Valparaiso, IN 46384** | - | | **2006 & prior years**<br>**Trade Credit** | | | X | 36,107.00 |
| Account No.<br><br>**Representing:**<br>**M.C. Zosso Electric, Inc.** | | | **James L. Sullivan**<br>**55 South Franklin Street**<br>**Valparaiso, IN 46383** | | | | |
| Account No.<br><br>**David Malkowski**<br>**521 Day Spring Court**<br>**Valparaiso, IN 46385** | - | | **Contract Claim** | X | X | X | 1,733.80 |
| Account No.<br><br>**Chad J. & Chantel Melchi**<br>**9191 Boadway**<br>**Merrillville, IN 46410** | - | | **2007**<br>**Contract Claim** | | | X | 4,479.15 |

Sheet no. __8___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **42,319.95**

B6F (Official Form 6F) (12/07) - Cont.

In re **Boardwalk Builders & Developers, LLC**                                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2006 & prior years Trade Credit | | | | |
| Midwest Builders, LLC 1642 Cove Trail Porter, IN 46304-9613 | - | | | | | | X | |
| | | | | | | | | 2,481.80 |
| Account No. | | | | 2006 Trade Credit | | | | |
| Mixon Excavating, LLC P.O. Box 1283 Crown Point, IN 46308 | - | | | | | | X | |
| | | | | | | | | 6,472.50 |
| Account No.  BOA001-100622 | | | | 2007 Trade Credit | | | | |
| Moveable Cubicle 6404 Falls of Neuse Road Suite 200 Raleigh, NC 27615-6832 | - | | | | | | X | |
| | | | | | | | | 712.51 |
| Account No. | | | | 2007 & prior years Trade Credit | | | | |
| Overhead Door Company of Northwest 7136 Broadway Merrillville, IN 46410 | - | | | | | | X | |
| | | | | | | | | 1,555.00 |
| Account No. | | | | 2007 & prior years Warranty Claim | | | | |
| Torrey M. Peebles 529 Scenic View Avenue Valparaiso, IN | - | | | | | | X | |
| | | | | | | | | 705.00 |

Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,926.81

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. <br><br>**Representing:** <br>**Torrey M. Peebles** | | | | | **UAW Legal Services Plans** <br>**1579 Huntington Drive** <br>**Calumet City, IL 60409** | | | | |
| Account No. **4109250** <br><br>**Post Tribune** <br>**2433 East 83d Avenue** <br>**Merrillville, IN 46410** | - | | | | **09/13/2007** <br>**Trade Credit** | | | X | 9,071.26 |
| Account No. <br><br>**Representing:** <br>**Post Tribune** | | | | | **Biehl & Biehl, Inc.** <br>**325 East Fullerton Avenue** <br>**Carol Stream, IL 60188** | | | | |
| Account No. <br><br>**Prado's Siding, Inc.** <br>**5674 Helmes Ave.** <br>**Portage, IN 46368** | - | | | | **2007 & prior years** <br>**Trade Credit** | | | X | 1,650.00 |
| Account No. <br><br>**Preferred Waterproofing, Inc.** <br>**9845 Rutherford Avenue** <br>**Chicago Ridge, IL 60415-1209** | - | | | | **2007 & prior years** <br>**Trade Credit** | | | X | 2,040.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,761.26**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC** ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Warranty Program | | | | |
| **Profeesional Warranty Service Corp. PO Box 800 Annandale, VA 22003-0800** | - | | | X | X | X | **Unknown** |
| Account No. | | | Contract Claim | | | | |
| **Al & Kathy Schaefer 7234 East 104th Place Crown Point, IN 46307** | - | | | X | X | X | **0.00** |
| Account No. | | | 2006 Trade Credit | | | | |
| **Silt Solutions, Inc. 14513 Waverly Avenue Midlothian, IL 60445-2941** | | | | | | X | **4,922.83** |
| Account No. | | | Linebarger Goggan Blair & Sampson L 600 Seventeenth Street Suite 800N Denver, CO 80202-5462 | | | | |
| Representing: Silt Solutions, Inc. | | | | | | | |
| Account No. 142931517 & 0593684764 | | | 2007 & prior years Services | | | | |
| **Sprint PO Box 8077 London, KY 40742** | - | | | | | X | **7,676.46** |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,599.29**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC**                                    ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Sprint** | | | **Diversified Consultants, Inc.**<br>**PO Box 1391**<br>**Southgate, MI 48195-0391** | | | | |
| Account No.<br><br>**Representing:**<br>**Sprint** | | | **Receivable Management Services**<br>**340 Interstate North Parkway SE**<br>**Suite 200**<br>**Atlanta, GA 30339** | | | | |
| Account No.<br><br>**Steel Sales & Services, Inc.**<br>**P.O. Box 87618**<br>**Chicago, IL 60680-0618** | - | | **2007**<br>**Trade Credit** | | | X | 2,098.58 |
| Account No. **0004372**<br><br>**William & Rosemarie A Swartout**<br>**6620 East 116th Pl.**<br>**Crown Point, IN 46307-0046** | - | | **2007**<br>**Contract Claim (Property Taxes payable in 2007 for 6620 E. 116th Place, Crown Point, IN)** | | | X | 264.18 |
| Account No.<br><br>**Representing:**<br>**William & Rosemarie A Swartout** | | | **William & Rosemarie Swartout**<br>**6620 East 116th Place**<br>**Crown Point, IN 46307** | | | | |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,362.76**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boardwalk Builders & Developers, LLC**                              ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Tileworks & More, Inc.**<br>**393 Southcreek Drive**<br>**Manteno, IL 60950** | - | | | **2007 & prior years**<br>**Trade Credit** | | | X | **16,348.00** |
| Account No. **xx xx xxxx 0040**<br><br>**Town Of Winfield**<br>**10645 Randolph Street**<br>**Crown Point, IN 46307** | - | | | **Listed For Notice Purposes** | X | X | X | **0.00** |
| Account No.<br><br>**U.S. Post** | - | | | **Unknown**<br>**Trade Credit** | | | X | **90.00** |
| Account No. **1523551**<br><br>**Whirlpool Corporation**<br>**2000 M-63, MD 7560**<br>**Benton Harbor, MI 49022-2692** | - | | | **2007**<br>**Trade Credit** | | | X | **1,738.26** |
| Account No.<br><br>**Dedric C. Wilson**<br>**7340 103rd Avenue**<br>**Winfield, IN** | - | | | **Contract Claim (Earnest Money - Lot 231)** | | | X | **15,388.00** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **33,564.26**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boardwalk Builders & Developers, LLC** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Dedric C. Wilson** | | | | **UAW-GM UAW-Ford UAW-Daimler-Chrysle 1579 Huntington Drive Calumet City, IL 60409** | | | | |
| Account No. **Zimco Materials, Inc. 5638 South U.S. Highway 421 Westville, IN 46391** | - | | | **2007 Trade Credit** | | | X | 7,036.37 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    7,036.37

Total (Report on Summary of Schedules)    326,047.56

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Boardwalk Builders & Developers, LLC**                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Four Seasons Real Estate LLC**<br>**9101 East 109th Avenue**<br>**Crown Point, IN 46307** | **Listing Contract - 516 Scenic View Avenue,**<br>**Valparaiso, Indiana (Lot 86)** |
| **Four Seasons Real Estate LLC**<br>**9101 East 109th Avenue**<br>**Crown Point, IN 46307** | **Listing Contract - 532 Scenic View, Valparaiso,**<br>**Indiana (Lot 93)** |
| **Steven M. Hutfilz**<br>**4357 14th Lane**<br>**Hobart, IN 46342** | **Purchase Agreement - 524 Scenic View,**<br>**Valpraiso, Indiana (Lot 89)** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Boardwalk Builders & Developers, LLC**                              ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael R. Glenn, Jr.**<br>**9219 Walnut Lane**<br>**Tinley Park, IL 60477** | **Centier Bank**<br>**P.O. Box 1109**<br>**Crown Point, IN 46308-9983** |
| **Michael R. Glenn, Jr.**<br>**9219 Walnut Lane**<br>**Tinley Park, IL 60477** | **Centier Bank**<br>**P.O. Box 1109**<br>**Crown Point, IN 46308-9983** |
| **Michael R. Glenn, Jr.**<br>**9219 Walnut Lane**<br>**Tinley Park, IL 60477** | **Centier Bank**<br>**P.O. Box 1109**<br>**Crown Point, IN 46308-9983** |
| **Michael R. Glenn, Jr.**<br>**9219 Walnut Lane**<br>**Tinley Park, IL 60477** | **Citizens Financial Bank**<br>**PO Box 9129**<br>**Highland, IN 46322** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re   Boardwalk Builders & Developers, LLC                                          Case No.
                                                        Debtor(s)          Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___30___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   May 20, 2008                        Signature    /s/ Michael R. Glenn, Jr.
                                                        Michael R. Glenn, Jr.
                                                        Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Boardwalk Builders & Developers, LLC _____    Case No. _____
                                                    Debtor(s)         Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,276,667.00 | 2006: Gross Receipts |
| $2,964,247.00 | 2007: Gross Receipts |
| $0.00 | 2008: Gross Receipts |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|   AMOUNT   |   SOURCE   |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Juan & Laura Acosta v. Boardwalk Builders & Developers, LLC, et al., case no. 64 D02 0708 CC 7674 | Contract | Porter Superior Court, Valparaiso, Indiana | Pending |
| Bell Auto Leasing, Inc. v. Boardwalk Builders & Developers, LLC, Case No. 07 M1 213897 | Post Judgment Proceedings | Circuit Court of Cook County, Chicago, Illinois | Judgment entered  3/27/08 |
| B&L Drywall & Painting, Inc. v. Boardwalk Builders & Develpers, LLC, case no. 45C010709CC00277 | Contract | Lake Superior Court, Crown Point, Indiana | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Centier Bank v. Boardwalk Builders & Developers, et. al. Case No. 45CO1 0804 MF 00267 | Foreclosure | Lake Superior Court, Lake County, Crown Point, Indiana | Pending |
| Great Lakes Concrete, Inc. v. Boardwalk Builders & Developers, LLC, case no. 45D100709CC00282 | Contract | Lake Superior Court, Crown Point, Indiana | Pending |
| Krooswyk Trucking & Excavating, Inc. v. Boardwalk Builders and Developers, LLC, Cause No. 45D05-0507-C-00274 | Post Judgment Proceedings | Lake Superior Court | Judgment entered 02/26/07. |
| Lee Enterprises, Inc. v. Boardwalk Builders & Developers, L.L.C., Case No. 07 M1 167755 | Post-Judgment Proceedings. | Circuit Court of Cook County, Chicago, Illinois | Judgment Entered 8/29/07 |
| David Malkowski v. Gemini Companies, et al., Case No. 64D04-0802-SC-728 | Contract | Porter Superior Court, Valparaiso, Indiana | Pending |
| M.C. Zosso Electric, Inc. v. Gemini Companies, Boardwalk Builders & Developers, LLC and Michael Glenn, Case No. 64D02-0707-CC-8444 | Contract | Porter Superior Court, Porter County, Valparaiso, Indiana | Pending |
| Chad Melchi and Chantel Melchi v. Boardwalk Builders & Developers, LLC; Gemini Companies; and Mary Ellen Bowers, Case No. 64D01-0108-SC-546 | Contract | Indiana, Porter County, Valparaiso, Porter Superior Court | Pending |
| Kathy & Al Schafer v. Boardwalk Builders & Developers, LLC, case no. 45D090710SC03122 | Contract | Lake Supperior Court, Crown Point, Indiana | Pending |
| Dedric C. Wilson v. Boardwalk Builders & Developers, LLC, case no. 45 D05 0710 PL 99 | Contract | | Pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | 4/29/08 | $12,000.00 |

5

**10. Other transfers**

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Fields Infiniti 2100 Frontage Road Glencoe, IL 60022   Unrelated | 5/14/08 | 2004 Saturn Vue - titled in the name of Debtor and Mary Ellen Bowers having a value of $4,000.00 and liens of $5,720.00 traded in during Ms. Bowers' purchase of motor vehicle |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Centier Bank 600 East 84th Avenue Merrillville, IN 46410-6366 | checking account 11169968 | 3/24/08 - $15.69 |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Coleman Joseph Blitstein & Stuart LLC | 2008 & prior years |
| 108 Wilmot Road | |
| Suite 330 | |
| Deerfield, IL 60015 | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

8

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    May 20, 2008             Signature    /s/ Michael R. Glenn, Jr.

                                                     Michael R. Glenn, Jr.

                                                     Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   Boardwalk Builders & Developers, LLC

Debtor(s)

Case No. _____

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a non refundable minimum fee | $ | 12,000.00 |
| Prior to the filing of this statement I have received | $ | 12,000.00 |
| Balance Due subject to services rendered at applicable hourly rates | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor     ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a Chapter 11;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and all hearing, and any adjourned hearings;
    d.  [Other provisions as needed]

    All services required by the Debtor as Chapter 11 Debtor In Possession

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:  NA

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   May 19, 2008

Gregory K. Stern 6183380
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289

---

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Boardwalk Builders & Developers, LLC**                                    ,      Case No. _____

                                                                    Debtor

                                                                             Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **5M Investment Group, LLC**<br>**10762 West 16th Street**<br>**Orland Park, IL 60467** | | **1%** | **Membership** |
| **Michael R. Glenn, Jr. Revocable Trust**<br>**10762 West 167th Street**<br>**Orland Park, IL 60467** | | **99%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**May 20, 2008**_____                        Signature__**/s/ Michael R. Glenn, Jr.**_____

                                                                **Michael R. Glenn, Jr.**
                                                                **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ ___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Boardwalk Builders & Developers, LLC

                                    Debtor(s)

Case No. _____

Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    84

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    May 20, 2008    /s/ Michael R. Glenn, Jr.

Michael R. Glenn, Jr./Manager
Signer/Title

ABC/Amega, Inc.
110 Main Street
Buffalo, NY 14209-2356


Juan and Laura Acosta
4126 Deal Street
PO Box 243
East Chicago, IN 46312


Alliant Law Group, LLP
97 East Brokaw Road
Suite #240
San Jose, CA 95112


Allied Interstate, Inc.
PO Box 361598
Columbus, OH 43236-1598


American Plumbing, Inc.
5383 US Hwy 6
Portage, IN 46368


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


B & L Drywall & Painting, Inc.
10770 Joliet Street
Saint John, IN 46373


BBB of Chicago & Northern Illinois
330 North Wabash Avenue
Suite 2006
Chicago, IL 60611-7621


Belair Construction
218 Lynnes Way
Lowell, IN 46356


Bell Auto Leasing, Inc.
2296 North Rand Road
Palatine, IL 60074

Biehl & Biehl, Inc.
325 East Fullerton Avenue
Carol Stream, IL 60188


Blachly, Tabor, Bozik & Hartman, LLC
56 South Washington
Suite 401
Valparaiso, IN 46383


Centier Bank
P.O. Box 1109
Crown Point, IN 46308-9983


Chicago Department of Revenue
Remittance Center
P.O. Box 88292
Chicago, IL 60680-1292


Chicago Title Insurance Company
2200 North Main Street
Crown Point, IN 46307


Citizens Financial Bank
PO Box 9129
Highland, IN 46322


Matthew Clemens
3431 Ridge Road
Highland, IN 46322


D.L.J. Trucking
3504 Danne Road
Crete, IL 60417


David J. Axelrod & Associates
1448 Old Skokie Road
Highland Park, IL 60035


Diversified Consultants, Inc.
PO Box 1391
Southgate, MI 48195-0391


Doubletree West Homeowners' Association
10110 Randolph Street
Crown Point, IN 46307

Excel Waterproofing & Damp
Proofing Service, Inc.
6662 West 99th Street
Chicago Ridge, IL 60415-1209


Federal Express Corporation
3965 Airways
Module G
Memphis, TN 38116


Fedex
Memphis, TN 38132


Fireplace Works & More, Inc.
395 South Locust (Rt. 50)
Manteno, IL 60950


Fred Collins Architects, Inc.
703 North Hobard Road
Hobart, IN 46342


Javier & Lillian Garcia
518 Scenic View Avenue
Valparaiso, IN 46383


Gary Hobart Roofing Co., Inc.
2520 West 37th Avenue
P.O. Box 346
Hobart, IN 46342


Gerald M. Bishop & Associates
2115 West Lincoln Highway
Merrillville, IN 46410


GNK Complete Construction
10479 Brookridge Creek Drive
Frankfort, IL 60423


Great Lakes Concrete, Inc.
10770 Joliet Street
Saint John, IN 46373

Harleysville Lake States Insurance Co.
PO Box 37712
Philadelphia, PA 19101-5012


Helsel-Jepperson Electrical Incorporated
P.O. Box 310
Chicago Heights, IL 60411-0310


Home Lumber Company
11200 Delaware Parkway
Crown Point, IN 46307


Hunter Warfield
3111 West Dr. Martin Luther King Bl
#200
Tampa, FL 33607


Indiana Department of Revenue
PO Box 0595
Indianapolis, IN 46206-0595


Indiana Department of Workforce Dev
Working Training Fund
P.O. Box 6285
Indianapolis, IN 46206-6285


Installed Building Products
797 Madison Street
Crown Point, IN 46307


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


James L. Sullivan
55 South Franklin Street
Valparaiso, IN 46383


Kel Mel Millwork Company, Inc.
10500 West 163rd Place
Orland Park, IL 60467-5444


Torrence Kennedy
2405 Incline Court
Goochland, VA 23063

Kevin Misch Excavating, Inc.
10797 Randolph Street
Crown Point, IN 46307


Kozlowski Law Offices
PO Box 906
Crown Point, IN 46307


Krooswyk Trucking & Excavating, Inc.
9731 Indianopolis Boulevard
Highland, IN 46322


Krull & Son, Ltd.
206 Main Street
P.O. Box 422
Hobart, IN 46342


Lake County Treasurer
2293 North Main Street
Crown Point, IN 46307


Landscape Services fka County
Care Landscaping
1515 Schoolhouse Road
New Lenox, IL 60451


Lee Enterprises
201 North Harrison Street
Davenport, IA 52801


Linebarger Goggan Blair & Sampson L
600 Seventeenth Street
Suite 800N
Denver, CO 80202-5462


Linebarger Goggan Blair & Sampson,
P.O. Box 06152
Chicago, IL 60606-0152


M.C. Zosso Electric, Inc.
P.O. Box 2423
Valparaiso, IN 46384

David Malkowski
521 Day Spring Court
Valparaiso, IN 46385


Chad J. & Chantel Melchi
9191 Boadway
Merrillville, IN 46410


Michael Davis Weis, Esq.
PO Box 1166
Northbrook, IL 60065


Michael R. Glenn, Jr.
9219 Walnut Lane
Tinley Park, IL 60477


Midwest Builders, LLC
1642 Cove Trail
Porter, IN 46304-9613


Mixon Excavating, LLC
P.O. Box 1283
Crown Point, IN 46308


Morgan, Stone & Associates
1005 Veterans Memorial Boulevard
Suite 202
Kenner, LA 70062


Moveable Cubicle
6404 Falls of Neuse Road
Suite 200
Raleigh, NC 27615-6832


Overhead Door Company of Northwest
7136 Broadway
Merrillville, IN 46410


Torrey M. Peebles
529 Scenic View Avenue
Valparaiso, IN

Petry, Fitzgerald & Less, PC
107 North Main Street
PO Box 98
Hebron, IN 46341-0098


Post Tribune
2433 East 83d Avenue
Merrillville, IN 46410


Prado's Siding, Inc.
5674 Helmes Ave.
Portage, IN 46368


Preferred Waterproofing, Inc.
9845 Rutherford Avenue
Chicago Ridge, IL 60415-1209


Profeesional Warranty Service Corp.
PO Box 800
Annandale, VA 22003-0800


Receivable Management Services
340 Interstate North Parkway SE
Suite 200
Atlanta, GA 30339


Richard Shapiro, Esq.
2149 US Route 41
Schererville, IN 46375


Al & Kathy Schaefer
7234 East 104th Place
Crown Point, IN 46307


Silt Solutions, Inc.
14513 Waverly Avenue
Midlothian, IL 60445-2941


Sprint
PO Box 8077
London, KY 40742


Steel Sales & Services, Inc.
P.O. Box 87618
Chicago, IL 60680-0618

William & Rosemarie A Swartout
6620 East 116th Pl.
Crown Point, IN 46307-0046


Tileworks & More, Inc.
393 Southcreek Drive
Manteno, IL 60950


Tin Crafters Heating & Air Conditioning
7509 Randolph Street
Hobart, IN 46342


Town Of Winfield
10645 Randolph Street
Crown Point, IN 46307


U.S. Post


UAW Legal Services Plans
1579 Huntington Drive
Calumet City, IL 60409


UAW-GM UAW-Ford UAW-Daimler-Chrysle
1579 Huntington Drive
Calumet City, IL 60409


Whirlpool Corporation
2000 M-63, MD 7560
Benton Harbor, MI 49022-2692


William & Rosemarie Swartout
6620 East 116th Place
Crown Point, IN 46307


Dedric C. Wilson
7340 103rd Avenue
Winfield, IN


Zimco Materials, Inc.
5638 South U.S. Highway 421
Westville, IN 46391

# United States Bankruptcy Court
### Northern District of Illinois

In re   Boardwalk Builders & Developers, LLC

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Boardwalk Builders & Developers, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

May 20, 2008

Date

/s/ Gregory K. Stern

Gregory K. Stern 6183380

Signature of Attorney or Litigant
Counsel for   Boardwalk Builders & Developers, LLC
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289